IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **KIMBERLY BALLARD,** | ] |
| Plaintiff, | ] |
| vs. | ] Civil Action No: 3:09-0971 |
| | ] JUDGE ROBERT L. ECHOLS |
| **MASS MUTUAL LIFE INSURANCE COMPANY,** | ] MAGISTRATE JUDGE JULIETTE E. GRIFFIN |
| Defendant. | ] |

## AGREED ORDER OF COMPROMISE, SETTLEMENT AND DISMISSAL

It appearing to the Court, as evidenced by the signatures of counsel of record for the Plaintiff, Kimberly Ballard, and counsel of record for the Defendant, Massachusetts Mutual Life Insurance Company, that all matters and things in controversy by and between the parties herein have been fully and finally compromised and settled;

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the cause of action of the Plaintiff, Kimberly Ballard, shall be and the same is hereby expressly dismissed with prejudice as to the Defendant, Massachusetts Mutual Life Insurance Company, herein.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Plaintiff, Kimberly Ballard, and the Defendant, Massachusetts Mutual Life Insurance Company, shall each be solely and exclusively responsible for their respective costs incurred in this cause and in no event shall there be an award of discretionary costs to either of the parties herein.

**ENTERED** this the __8th____ day of __April_____, 2010.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

**ERIC BUCHANAN & ASSOCIATES, PLLC**

By: /s/ Eric L. Buchanan_____
Eric L. Buchanan
Tennessee Supreme Court
Registration No. 18568

By: /s/ R. Scott Wilson_____
R. Scott Wilson
Tennessee Supreme Court
Registration No. 19661

By: /s/ D. Seth Holliday_____
D. Seth Holliday
Tennessee Supreme Court
Registration No. 023136

414 McCallie Avenue
Chattanooga, TN 37402
Telephone: (423) 634-2506
Facsimile: (423) 634-2505

Attorneys for the Plaintiff,
Kimberly Ballard

**WILLIS & KNIGHT, PLC**

By: /s/ Tyree B. Harris IV
    Tyree B. Harris IV
    Tennessee Supreme Court
    Registration No. 2367


By: /s/ Katherine A. Brown
    Katherine A. Brown
    Tennessee Supreme Court
    Registration No. 10391

    215 Second Avenue North
    Nashville, TN 37201-1601
    Telephone: (615) 259-9600
    Facsimile: (615) 259-3490

    Attorneys for Defendant,
    Massachusetts Mutual Life Insurance Company